AO 455 (Rev. 10/95) Waiver of Indictment



FILED
NOV 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
———oOo———

UNITED STATES OF AMERICA

v.

ANWAAR ALI MUHAMMAD
aka Lamont James Cason,
aka Devon Barrett,
aka Devon Anthony Barrett,
aka Hassan Ismail Muhammad, and
aka Bilal Amir Dhakir

**WAIVER OF INDICTMENT**

CASE NUMBER: CR S 07-0133 LKK

I, Anwaar Ali Muhammad, defendant, who is accused of making false statements in the application for a passport, being advised of the nature of the charges, the proposed superceding information, and of my rights, hereby waive in open court on November 14, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANWAAR ALI MUHAMMAD
*Defendant*

NED SMOCK
*Counsel for Defendant*

Before _____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE