McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-07-0133 LKK |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT |
| | ) and ORDER DISMISSING |
| ANWAAR ALI MUHAMMAD, | ) INDICTMENT |
|   aka Lamont James Cason, | ) |
|   aka Devon Barrett, | ) |
|   aka Devon Anthony Barrett, | ) |
|   aka Hassan Ismail Muhammad, | ) |
|   aka Bilal Amir Dhakir, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Anwaar Ali Muhammad, filed on April 5, 2007, in CR. No. S-07-0133 LKK.  On November 14, 2007, before this Court, the defendant pleaded guilty to a superseding information

///

///

///

///

1

1  charging a violation of 8 U.S.C. § 1542, False Statement in the
2  Application for a Passport.  On January 29, 2008, the Court
3  sentenced this defendant to 12 months confinement.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: January 29, 2008        By: /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


                              O R D E R

APPROVED AND SO ORDERED:


DATED: January 31, 2008        _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT